**From: The District Court of the 16th Judicial District. County of Rosebud.**

**STATE OF MONTANA,**
  **Plaintiff,**                                     **CAUSE NO. DC-2007-14**
**vs.**                                              **DECISION**
**WILLIAM PIPER,**
  **Defendant,**

On November 17, 2008, the defendant was sentenced to a commitment to the Department of Corrections for a term of five (5) years for violation of the conditions of a suspended sentence, for the offense of Theft, a felony.

On February 12, 2009, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by Eric Olson. The state was not represented.

Before hearing the application, counsel and the defendant advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he did not wish to proceed.

Therefore, it is the unanimous decision of the Sentence Review Division that the application for review of sentence shall be waived.

Done in open Court this 12th day of February, 2009.

DATED this 27th day of February, 2009.

Chairperson, Hon. Stewart Stadler, Member, Hon. Blair Jones and Member, Hon. Richard Simonton.